UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROMEL MOREHOUSE,

        Plaintiff,

   v.                                                   Case No. 08-C-868

WILLIAM POLLARD, et al.,

        Defendants.

**ORDER**

        Plaintiff Romel Morehouse, who is proceeding pro se, lodged a civil rights complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. Plaintiff is currently incarcerated at the Green Bay Correctional Institution.

        Pursuant to 28 U.S.C. § 1915(b)(1), a prisoner plaintiff is required to pay the statutory filing fee of $350.00 for a federal lawsuit. If a prisoner does not have the money to pay the filing fee up front, he or she can request leave to proceed *in forma pauperis* in order to pay the fee over time. To proceed with an action *in forma pauperis*, the prisoner must complete a petition and affidavit to proceed *in forma pauperis* and return it to the court with a certified copy of his or her trust account statement showing transactions for the prior six months.

        The clerk sent a letter to the plaintiff on October 15, 2008, indicating that plaintiff must either pay the filing fee or submit a petition to proceed *in forma pauperis,* along with an appropriate affidavit and certified copy of his prisoner trust account statement showing transactions for the prior six months. Plaintiff did not respond to the clerk's letter. In my order of November 21, 2008, I

ordered plaintiff to either pay the $350.00 filing fee or submit an appropriate petition to proceed *in forma pauperis*, affidavit and certified copy of his institutional account statement, or show cause as to why he is unable to do so. The order indicated that plaintiff's failure to take these steps within 21 days of the date of the order would result in dismissal of his complaint without prejudice. Plaintiff has failed to submit anything to the Court within the time frame provided. Plaintiff's complaint is therefore dismissed without prejudice.

     **SO ORDERED** this 30th day of December, 2008.

s/ William C. Griesbach<br>
WILLIAM C. GRIESBACH<br>
United States District Judge